IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUTH ALICE ERICKSON,

    Plaintiff,

    v.                                  Case No. 3:17-cv-804-jdp

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not
reserved to the Commissioner of Social
Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an administrative law judge (ALJ) will reconsider the opinions of Roland R. More, M.D. and Ursula Berger, MSSW, LCSW. The ALJ will reconsider

Plaintiff's allegations, consistent with applicable regulations rules and regulations, and reevaluate Plaintiff's residual functional capacity. If necessary, the ALJ will obtain supplemental vocational expert testimony to assist in reaching findings at steps four and/or five. The ALJ shall issue a de novo decision consistent with all applicable rules and regulations.

SO ORDERED this 4TH day of April, 2018.

_____
Honorable James D. Peterson
United States District Court Judge